# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CUSTOM DESIGN & DRAFTING SERVICES, INC.,**

    **Plaintiff,**

**-vs-**                    Case No. 6:05-cv-1459-Orl-31KRS

**ROYAL DEVELOPMENT, LLC,**

    **Defendant.**

_____

## ORDER

Upon consideration of Plaintiff's Motion for Award of Attorney's Fees and Costs (Doc. 19), it is

**ORDERED** that the Motion is GRANTED. The Court finds Plaintiff's fee request to be reasonable. Costs (service of process) are taxed in the amount of $36.00. The final judgment will include an award of fees and costs in the amount of $4,676.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 13, 2006.

                         GREGORY A. PRESNELL
                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party