**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CUSTOM DESIGN & DRAFTING SERVICES, INC.,**

        **Plaintiff,**

-vs-                                        Case No. 6:05-cv-1459-Orl-31KRS

**ROYAL DEVELOPMENT, LLC,**

        **Defendant.**

_____

## ORDER GRANTING INJUNCTIVE RELIEF AND FOR ENTRY OF FINAL JUDGMENT

In accordance with this Court's Order granting Plaintiff's Motion for Judgment (Doc. 14), it is hereby

**ORDERED** that Defendant, Royal Development, LLC, its agents, officers, employees, assigns and others acting in concert with it, are permanently enjoined from infringing, inducing infringement or contributing to the infringement of Plaintiff's U.S. copyright, Registration No. VAu 664-104.

It is further **ORDERED** that judgment be entered on behalf of Plaintiff and against Defendant, in the total amount of $9,676.

The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 13, 2006.

                                                              GREGORY A. PRESNELL
                                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

-2-

Unrepresented Party